IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

<u>AFFIDAVIT IN SUPPORT OF REQUEST</u>
<u>TO PROCEED IN FORMA PAUPERIS</u>

_LARRY D. Childers_
Plaintiff(s)

2:07CV252-ID

vs.

_State of Alabama_
Defendant(s)

    I, _Larry D Childers_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

    I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )    NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
      _N/A_

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
      _9th Sept 3rd 1996 $2,500 per month_

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO (X)

   B. Rent payments, interest or dividends? YES ( )  NO (X)

   C. Pensions, annuities or life insurance payments? YES ( )  NO (X)

   D. Gifts or inheritances? YES (X)  NO ( )

   E. Any other sources? YES ( )  NO (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   _B.O. Gifts $75.00 Gifts From Family_

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]  YES ( )  NO (X)

   If the answer is YES, state the total value of the items owned.
   _____ NA _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (X)

   If the answer is YES, describe the property and state its approximate value.
   _____ NA _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____ None _____

_____ Larry Childers Jr _____
Signature of Affiant

28 USC 1746

STATE OF ALABAMA      )
COUNTY OF _____  )

Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

_____
Notary Public

_____ County, Alabama

O R

Case Number

2:07 CV 252-ID

ID   YR   NUMBER

(To be completed by Court Clerk)

RECEIVED
2007 MAR 22 A 9:44

# IN FORMA PAUPERIS DECLARATION

The United States District Court for the Middle District of Ala
[Insert appropriate court]

Larry Douglas Childers
(Petitioner)

vs.

State of Ala
(Respondent(s))

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, Larry Douglas Childers, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No _X_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   
   N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   9th sept 3rd 1996  2,500 per month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
   Yes _____   No _X_

   b. Rent payments, interest, or dividends?
   Yes _____   No _X_

   c. Pensions, annuities, or life insurance payments?
   Yes _____   No _X_

   d. Gifts or inheritances?
   Yes _X_   No _____

   e. Any other sources?
   Yes _____   No _X_

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

$ Gifts $75.00 Gifts From Family

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____     No __X__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   NA

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____     No __X__

   If the answer is "yes", describe the property and state its approximate value.

   NA

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __3-19-07  28 USC 1746__
                (Date)

_Larry Douglas Chislom Sr_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____ institution:

_____
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION