IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DOUGLAS CHILDERS, SR., AIS #189222, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:07-CV-252-ID ) |
| TERRANCE McDONNELL, et al., | ) ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 23rd day of March, 2007.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE