In the United States District Court
Middle District of Ala

LARRY D Childers       )
   petitioner pro. se  )   CASE # 2:07-CV-252-ID
v                      )   [WO]
Arnold Holt Warden     )
State of Alabama       )
   Defendants          )

## Motion to Re-Consider

Comes now the petitioner and moves this Honorable Court to Re-Consider and Grant petitioner time to File Motion in the court of Appeals For an order Authorizing the district court to consider a second or successive Application pursuant to the provisions of 28 U.S.C. § 2244 (b)(3)(A).

Appellant is not lettered in law. The was harmless Error in this pro:se Appeal.

Dated this 29 day of March 2007 pursuant to 28 U.S.C. 1746

Respectfully Submitted
Larry D Childers sr

LARRY D. Childers Sr
199222-G1-111-A
P.O. 150
Mt Meigs Ala 36057

**LEGAL MAIL**

"This correspondence is forwarded from an Alabama State P.C. contents have not been evaluated. Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
30 MAR 2007 PM 1 T

Clerk U.S. District Court
Middle District of Ala
Office of
P.O. Box 711
Montgomery Ala 36101-0711