IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DOUGLAS CHILDERS, SR., <br> AIS #189222, <br><br> Petitioner, <br><br> v. <br><br> TERRANCE McDONNELL, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-CV-252-ID <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration of Recommendation filed by the petitioner on April 2, 2007 (Court Doc. No. 5), and as the petitioner sets forth no ground warranting such action, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 2nd day of April, 2007.

                                          /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE