IN the United States District Court
Middle District OF Alabama
Northern Division

RECEIVED
2007 APR 10 A 10:45
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

Larry Douglas Childers )
            Petitioner )     CASE # 2:07-CV-252-ID
                        )
V                       )
State OF Alabama        )
            Defendant   )

Motion For Jurisdiction
Of this Court

        Comes Now the petitioner
Larry Childers And moves this Court For the
Following reasons To wit.

        I this is Not A successive petition
this petitioner only learned OF this Constitutional
Violation. And started Immediately Fileing With the
State Circuit Court, Court OF Criminal Appeals To be
sure he made Administrative Remedies.
        II Since petitioner lives in the
Jurisdiction OF his Court Found it Correct that this
Court had Jurisdiction on this 2254 & 2241.

                        Respectfully Submitted

Dated this 5th day of April 2007.

LARRY Childers
#179222-G1-111-A
b - 150
M+Meigs Ala 36057

MONTGOMERY AL 361

09 APR 2007 PM 1 T

US. District Court Middle District
Thomas C, Carer Clerk
P.O. Box 711
Montgomery Ala 36101