IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DOUGLAS CHILDERS, SR., ) | |
| AIS #189222, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-252-ID |
| ) | |
| TERRANCE McDONNELL, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for jurisdiction of this court filed by the petitioner on April 10, 2007 (Court Doc. No. 7), and as applicable federal law establishes that this court lacks jurisdiction to consider a successive application for habeas corpus relief without an order from the Eleventh Circuit Court of Appeals, *Gilreath v. State Board of Pardons and Paroles*, 273 F.3d 932, 933 (11th Cir. 2001), it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of April, 2007.

                                          /s/ Terry F. Moorer
                                     TERRY F. MOORER
                                     UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00252-ID-TFM   Filed 04/10/2007   Page 2 of 2