IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY DOUGLAS CHILDERS, SR., | ) | |
| AIS #189222, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-252-ID |
| | ) | [WO] |
| | ) | |
| TERRANCE McDONNELL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 23, 2007 (Doc. #4), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is CONSIDERED and ORDERED as follows:

1.  The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Larry Douglas Childers, Sr., on March 19, 2007, be and the same is hereby DENIED.

2.  This cause of action be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Childers has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

Done this 24th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE